

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

**GERALD C. MANN**
ATTORNEY GENERAL

Honorable Harvey Shell, Chairman
Legislative Game and Fish Committee
House of Representatives
Austin, Texas

Dear Sir:

Opinion No. O-3168
Re: Non-resident fishing licenses.

Your request for an opinion on the above subject has been received and carefully considered by this department. Our policy in matters of this nature is to decline to rule for a Legislative Committee on matters not before the Committee. However, we presume, that the purpose of your request is to determine for the Committee the question of whether or not legislation is necessary to effect the exemptions concerning which you inquire. We quote from your request as follows:

"A few years ago the Legislature passed a non-resident fishing license bill, which naturally applies to everyone not a bona-fide resident of the State of Texas. For a long time our Coastal Director by request of the Chambers of Commerce on the Coast, made no effort to enforce the collection of this $5.00 license, taking the position that people from Kansas, Oklahoma, and other States who had travelled that far to fish in the Gulf of Mexico were entitled to fish without further expenses. The coast people feel that the tourist business is one of the three top industries bringing outside money into this State, and that this law and the enforcement of it which is being enforced now under our new Director of the Coastal Division is causing lots of tourists to stay clear of the Texas Coast.

"Now, inasmuch as there is something like 30,000 non-resident soldiers drawing a very meager salary, even as low as $21.00 a month,

who are on our Coast for temporary training
to protect our country if and when we should
get into War, and no provision is made in
the present Law exempting anyone, I am re-
questing your formal opinion on whether or
not these soldiers should pay this $5.00
license to enjoy about the only recreation
that is available to them."

Article 4032a, Vernon's Annotated Texas Civil Stat-
utes, reads as follows:

"Sec. 1. No person who is a non-resi-
dent of Texas, or who is an alien, shall fish
in the waters of this State without first
having procured from the Game, Fish and
Oyster Commission of Texas, or a Deputy Game
Warden thereof, or from a County Clerk in
Texas, or other legally authorized agent,
a license to fish; and no person who is a
resident of this State shall fish with
artificial lures of any kind in the waters
of this State without first having procured
from the Game, Fish and Oyster Commission,
or a Deputy thereof, or from a County Clerk
in Texas, or other legally authorized agent,
a license to fish.

"Sec. 2. Any officer, deputy of legally
authorized agent, issuing any license to fish
under the provisions of this Act, shall col-
lect from the person to whom the license is
issued the following fees:

"(1) If issued to a resident, the sum
of One Dollar and Ten Cents ($1.10), of which
amount he shall retain as his fee Ten (10¢)
Cents, the balance of which amount he shall
remit to the Game, Fish and Oyster Commis-
sioner on or before the 10th day of the
month next succeeding that during which said
license was issued.

"(2) If issued to a non-resident or an
alien, the sum of Five Dollars ($5.00), of
which amount he shall retain as his fee

Twenty Five (25¢) Cents, the balance of which
amount he shall remit to the Game, Fish and
Oyster Commissioner as required under sub-
division One (1) of this section; provided
that he may issue to such nonresident a
license good for only five (5) days, in-
cluding the day of issuance, upon payment
by the licensee of One Dollar and Ten Cents
($1.10), of which amount the officer so
issuing said license shall retain as his
fee Ten (10) Cents, and the balance of
which amount he shall remit to the Game,
Fish and Oyster Commissioner as provided for
in subdivision One (1) of this section.

"The officer issuing such license shall
keep a complete and correct record of each
fishing license issued, showing the name and
place of residence of each licensee and the
serial number and date of issuance of said
license, on such form as the Game, Fish and
Oyster Commissioner may prescribe; and the
stubs of such licenses and the record there-
of shall belong to the State of Texas
and shall be filed with said Commissioner
as and when he may direct.

"The licenses provided for herein shall
entitle the holder thereof to fish in the
waters described in this Act until and in-
cluding August 31st next succeeding the date
of issuance thereof, except that the five (5)
days license shall be good only for the five
days from and including the day of the is-
suance thereof; and every license issued under
the provisions of this Act shall contain; the
true date of issuance thereof, the name of
licensee, his age, height, weight, color of
hair, color of eyes, county of residence, if
a resident of Texas, State or County of resi-
dence, if a nonresident of Texas or an alien,
and such other information as the Commissioner
may deem advisable to require, and the licensee
shall sign upon said license a pledge to obey
the laws of Texas as to fishing.

"Sec. 3. Any person required under the provisions of this Act to procure a license to fish who shall fish in, or who shall take by any means fish, oysters, shrimp or other marine life in any of the waters of this State in violation of the provisions of this Act without first procuring such license, or who shall fail or refuse, on demand by any officer, to show such officer his fishing license required of him by this Act, shall be deemed guilty of a misdemeanor and, upon conviction, shall be fined in any sum not less than Ten ($10.00) Dollars nor more than One Hundred ($100.00) Dollars; provided, the provisions of this Act shall not apply to a resident citizen of Texas who holds a license for commercial fishing under Article 4032 of the Revised Civil Statutes of Texas, of 1925, so long as he does only commercial fishing.

"Sec. 4. By the term non-resident, as used in this Act, shall be meant any citizen of the United States of America who is not a citizen of the State of Texas, who has continuously for four months next preceding the issuance of the fishing license to him been an actual bona fide resident of the State of Texas.

"Sec. 5. All funds obtained from the sale of the licenses provided herein, after the payment of the fees allowed under this Act, shall be deposited by the Game, Fish and Oyster Commissioner in a special fund to be known as the Special Fish Propagation and Protection Fund; and this fund shall be used for the purpose of building and maintaining fish hatcheries, fairly distributed over the State of Texas and for the propagation, distribution and protection of fish in the State of Texas."

The above statute passed by the 40th Legislature of Texas clearly applies to all non-residents.

Article 1, Section 28, of our State Constitution, reads as follows:

"No power of suspending laws in this State shall be exercised except by the Legislature."

You are therefore respectfully advised that it is the opinion of this department that since the Legislature has seen fit to require a license of non-residents, no officer or agency of the executive or judicial branches possesses power to suspend the enforcement of such law.

Whether such law should be repealed is a question addressing itself peculiarly and exclusively to the Legislature.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Wm. J. Fanning
Assistant

WJF:GO

APPROVED MAR 7, 1941

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN